IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KLAUSTECH, INC.,

    Plaintiff,

v.

ADMOB, INC.,

    Defendant.

No. C 10-05899 JSW

**ORDER ADMINISTRATIVELY CLOSING CASE PENDING LIFT OF STAY**

    The Clerk shall ADMINISTRATIVELY CLOSE this case. The Court continues to require the parties to submit joint status reports regarding the status of the reexamination proceedings every 120 days, until the stay is lifted. The parties shall provide notice to the Court within one week of final exhaustion of all patent reexamination proceedings, including appeals. In their notice, the parties shall request that the stay be lifted, the matter be reopened, and that a case management conference be scheduled.

    **IT IS SO ORDERED.**

Dated: March 6, 2014

                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE