IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KLAUSTECH, INC. | § | **[PROPOSED]** ORDER LIFTING THE STAY, REOPENING THE CASE, AND SETTING A SCHEDULING CONFERENCE |
|---|---|---|
| Plaintiff, | § § § § | |
| v. | § | |
| ADMOB, INC. | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |

Before the Court is Plaintiff Klaustech Inc.'s Notice and Motion to Lift the Stay, Reopen the Case, and Set a Scheduling Conference. After considering the Motion, and finding that good cause exists for denying the same, it is hereby ordered that the stay is lifted and the case is reopened. It is further ordered that the Initial Case Management Conference is set for July 25, 2014 at 11:00 a.m. IT IS SO ORDERED.

Date: June 24, 2014

_____
Honorable Jeffrey S. White

1   Case No. C 10-05899