IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KLAUSTECH, INC. | § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. C 10-05899 JSW |
| v. | § § | |
| ADMOB, INC. | § § § | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| Defendant. | § | AS MODIFIED |

The Court having considered the Parties' Joint Stipulation for Continuance of Case Management Conference, and finding good cause for the stipulated request, hereby ORDERS that the Initial Case Management Conference is continued.

IT IS THEREFORE ORDERED that the Initial Case Management Conference be continued and reset to a date after the motion to withdraw has been resolved and (if the motion to withdraw is granted) after substitute counsel for Plaintiff has been retained and made an appearance. By September 2, 2014, counsel for the Parties will file a joint stipulation requesting an agreed date for which to reset the Initial CMC, or alternatively, in the event substitute counsel has not been retained, the Parties will file a status update with the Court. The case management is CONTINUED to November 14, 2014 at 11:00 a.m. unless parties submit alternative date.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _July 21_, 2014

_____
Hon. Jeffrey S. White
United States District Court Judge

1