IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUSTECH, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>ADMOB, INC.<br><br>　　Defendant. | CIVIL ACTION NO. C 10-05899 JSW<br><br>~~STIPULATED~~ ORDER<br>GRANTING STIPULATION |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff KlausTech LLC ("KlausTech") and Defendant AdMob, Inc. ("AdMob") (collectively, "Parties") stipulate that:

　　WHEREAS on February 17, 2010, KlausTech filed the present lawsuit in the Eastern District of Texas asserting infringement of U.S. Patent No. 6,128,651 (the "'651 Patent");

　　WHEREAS on November 30, 2010, the Eastern District of Texas granted AdMob's motion to transfer the present lawsuit to the Northern District of California (Dkt. No. 50);

　　WHEREAS on January 13, 2011, the United States Patent and Trademark Office ("USPTO") instituted an *ex parte* reexamination of the '651 Patent (Control No. 90/011,303);

　　WHEREAS on February 22, 2011, the Court granted AdMob's Motion To Stay Proceedings Pending Reexamination (Dkt. No. 77);

　　WHEREAS on April 12, 2013, the USPTO issued a Reexamination Certificate cancelling original claims 1 -8, 11 - 19, and issuing amended claims 9-10 and new claims 21 – 31 ;

　　WHEREAS on May 9, 2013, the USPTO denied a request for a second *ex parte* reexamination of the '651 Patent (Control No. 90/012,831);

　　WHEREAS on March 6, 2014, the Court administratively closed this action pending a lift of the stay (Dkt. No. 90);

　　WHEREAS on June 6, 2014, KlausTech filed a motion to lift the stay on the basis that reexamination proceedings had concluded more than one year ago (Dkt. No. 91);

WHEREAS on June 24, 2014, the Court lifted the stay, reopened the action, and scheduled an Initial Case Management Conference for July 25, 2014;

WHEREAS on July 10, 2014, counsel for KlausTech notified counsel for AdMob that they intended to withdraw as counsel, and on July 22, 2014, filed with the Court a motion to allow withdrawal (Dkt. No. 104), which was granted on August 25, 2014 (Dkt. No. 106);

WHEREAS on July 21, 2014, the Court reset the Initial Case Management Conference to November 14, 2014 and ordered KlausTech to file a status update with the Court if substitute counsel had not been retained by September 2, 2014 (Dkt. No. 103);

WHEREAS on September 3, 2014, former counsel for KlausTech filed a status report informing the Court that KlausTech had not yet retained substitute counsel (Dkt. No. 107);

WHEREAS on September 25, 2014, September 29, 2014, and October 2, 2014, counsel for AdMob contacted KlausTech's former counsel to determine if KlausTech had secured new counsel, and if so, to schedule a meeting with new counsel to satisfy the October 24, 2014 meet-and-confer deadline pursuant to Federal Rule of Civil Procedure 26(f);

WHEREAS on October 7, 2014, counsel for AdMob received a response from Claudio Scola, Chairman and Founder of KlausTech, informing AdMob that KlausTech had not yet retained substitute counsel but hoped to do so by the October 24, 2014 meet-and-confer deadline;

WHEREAS on October 23, 2014, one day before the October 24, 2014 meet-and-confer deadline, Claudio Scola (1) informed AdMob counsel that KlausTech does not yet have new counsel and may not have new counsel in place in time to meet the Court's November 7, 2014 deadline for submitting a Joint Case Management Statement in advance of the November 14, 2014 Initial Case Management Conference, and (2) requested that the Parties stipulate to postpone the Initial Case Management Conference to either December 5, 2014 or December 12, 2014;

WHEREAS on October 24, 2014, counsel for AdMob provided a draft stipulation resetting the dates of the Initial Case Management Conference to December 5, 2014, the submission of the Joint Case Management Statement to November 28, 2014, and the meet and

2

confer deadline to November 14, 2014, and also stating that AdMob is only willing to postpone the Case Management Conference on the condition that, if KlausTech is unable to secure substitute counsel by the new meet and confer deadline, the case would be dismissed without prejudice to refile later.

    WHEREAS on October 29, 2014, in view of AdMob's October 24, 2014 communication and AdMob's stated desire to include in the proposed agreed stipulation a provision for dismissing the case without prejudice to refile later should KlausTech not engage new counsel by the new meet and confer deadline, Claudio Scola requested that the Parties further postpone the initial Case Management Conference, and the parties agreed to reset the Case Management Conference from November 14, 2014 to December 12, 2014.

    WHEREAS, in view of Civil L.R. 3-9(b), which states that a corporation may appear only through a member of a bar of this court, and in view of Klaustech having not engaged new counsel as of yet, the undersigned former counsel for Klaustech has agreed to submit this stipulation on behalf of Klaustech as an accommodation. Klaustech has independently agreed to this stipulation without the advice or counsel of the undersigned former counsel.

    IT IS HEREBY STIPULATED AND AGREED and the Parties respectfully request the Court to confirm in an order that:

    1. The Initial Case Management Conference is rescheduled from November 14, 2014 to **December 12, 2014**. The Parties shall submit their Joint Case Management Statement by **December 5, 2014**. No later than **November 21, 2014**, KlausTech's new counsel shall file a notice of appearance and contact counsel for AdMob to meet and confer pursuant to Federal Rule of Civil Procedure 26(f).

    2. If KlausTech is unable to engage new counsel and file a notice of appearance by November 21, 2014, the case (including all claims and counterclaims) will be dismissed without prejudice and the Court shall enter an Order of Dismissal substantially in the form of attached Exhibit A. To prevent re-litigation of the issues already decided by the Eastern District of Texas on motion to transfer and to conserve resources of the Parties and the Court, if

after this lawsuit is dismissed, a new lawsuit is filed regarding the '651 Patent, the Parties hereby agree that it must be filed in the Northern District of California.

DATED: October 31, 2014         /s/ Claudio Scola

                                                KLAUSTECH, INC.
Claudio Scola
Chairman & Founder
Telephone +39 335 231826
Facsimile +39 035 224824
c.scola@klaustech.com

DATED: October 31, 2014         /s/ Brett M. Pinkus

Brett M. Pinkus (pro hac vice)
FRIEDMAN, SUDER & COOKE
604 E. 4th Street, Suite 200
Fort Worth, TX 76102
(817) 334-0400
(817) 334-0401 (fax)
pinkus@fsclaw.com
Attorneys for Plaintiff[1]
KLAUSTECH, INC.

DATED: October 31, 2014         /s/ Michael J. Malecek

Michael J. Malecek (State Bar No. 171034)
Marisa Williams (State Bar No. 264907)
Henry W. Schober (State Bar No. 284388)
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700
michael.malecek@kayescholer.com
henry.schober@kayescholer.com
marisa.armanino@kayescholer.com

Attorneys for Defendant
ADMOB, INC.

---

[1] Attorneys for Plaintiff have been granted conditional withdrawal from this case [Dkt. 106] and have not provided any legal advice or counsel to Plaintiff since such withdrawal. This stipulation is being submitted as an accommodation in view of Civil L.R. 3-9(b).

**ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatories indicated in this e-filed document.

/s/ _Marisa Williams_____
Marisa Williams

PURSUANT TO STIPULATION, IT IS SO ORDERED, this __3rd__ day of ____November_____, 2014

_____
Honorable Jeffrey White
United States District Judge