1  Benjamin L. Singer (Bar. No. 264295)
   bsinger@coltsinger.com
2  COLT / SINGER / BEA LLP
   235 Montgomery Street, Suite 907
3  San Francisco, CA  94104
   Telephone:    (415) 500-6080
4  Facsimile:    (415) 500-6080

5  Eric P. Berger (*Pro Hac Vice*)
   eric.berger@mishcon.com
6  MISHCON DE REYA NEW YORK LLP
   750 7th Avenue, 26th Floor
7  New York, New York 10019
   Telephone: (212) 612-3270
8  Facsimile: (212) 612-32977

9  Attorneys for Plaintiff
   KLAUSTECH, INC.
10

11 Michael J. Malecek (State Bar No. 171034)
   michael.malecek@kayescholer.com
   Marisa Armanino Williams (State Bar No. 264907)
12 marisa.armanino@kayescholer.com
   KAYE SCHOLER LLP
13 Two Palo Alto Square, Suite 400
   3000 El Camino Real
14 Palo Alto, California  94306-2112
   Telephone:    (650) 319-4500
15 Facsimile:    (650) 319-4700

16 Attorneys for Defendant
   ADMOB, INC.
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KLAUSTECH, INC., | CASE NO. 10-CV-05899-JSW |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER** AS MODIFIED |
| v. | |
| ADMOB, INC., | |
| Defendant. | |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff KlausTech, Inc. ("KlausTech") and
2  Defendant AdMob, Inc. ("AdMob"), hereby stipulate through their respective counsel of record to
3  amend the case deadlines set at the December 12, 2014 Case Management Conference (Dkt. No. 113)
4  and amended in the Court's Order granting the parties' joint stipulation to extend selected case
5  deadlines (Dkt. No. 124):
6  WHEREAS, the parties agreed to schedule AdMob's deposition of the inventor of the patent-
7  in-suit, Robert Cezar, before the exchange of proposed claim constructions and identification of
8  extrinsic evidence pursuant to Patent Local Rule 4-2 (currently scheduled for May 25, 2015);
9  WHEREAS, on February 11, 2015, in preparation for the deposition of Mr. Cezar, AdMob
10 served its First Set Of Requests For Production Of Documents on KlausTech and served a Subpoena
11 To Produce Documents, Information, or Objects and Testify At a Deposition on Mr. Cezar;
12 WHEREAS, Mr. Cezar is not available for deposition until June 18, 2015;
13 WHEREAS, counsel for KlausTech requires additional time to complete its document
14 productions on behalf of both KlausTech and Mr. Cezar;
15 WHEREAS, counsel for both parties require certain scheduling accommodations, and the
16 parties have sought to comply with the Northern District's Guidelines for Professional Conduct
17 which dictate that lawyers should agree to reasonable requests for extensions of time when the
18 legitimate interests of his or her client will not be adversely affected;
19 WHEREAS, the parties previously agreed to change the dates for Final Infringement
20 Contentions from March 13, 2015 to March 30, 2015 and Amended Invalidity Contentions from
21 March 27, 2015 to April 13, 2015, and submitted a joint stipulation on March 12, 2015 (Dkt. No.
22 123), which the Court granted (Dkt. No. 124);
23 WHEREAS, the Court has only set a case schedule through claim construction, and will
24 address the post-claim construction schedule after the parties file a subsequent case management
25 report upon issuance of a claim construction order;
26 WHEREAS, the proposed amended schedule would modify the dates for the technology
27 tutorial, the claim construction hearing, and the interim claim construction deadlines;
28

NOW THEREFORE, good cause appearing, the parties through their undersigned counsel hereby stipulate and request that the Court grant the following amended schedule:

| EVENT | CURRENT DATE | AMENDED DATE |
|---|---|---|
| Deposition of Robert Cezar | -- | June 18-19, 2015 |
| Parties to exchange Proposed Claim Constructions and provide preliminary identification of extrinsic evidence pursuant to Patent L.R. 4-2 | May 25, 2015 | August 31, 2015 |
| Parties to file Joint Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-3 | June 26, 2015 | September 28, 2015 |
| Last day to take discovery relating to claim construction and comply with Patent L.R. 4-4 | July 31, 2015 | October 26, 2015 |
| Plaintiff to file opening claim construction brief & supporting evidence pursuant to Patent L.R. 4-5(a) | Aug. 21, 2015 | November 16, 2015 |
| Defendant to file responsive claim construction brief & supporting evidence pursuant to Patent L.R. 4-5(b) | Sept. 11, 2015 | December 9, 2015 |
| Plaintiff to file reply claim construction brief & rebuttal evidence pursuant to Patent L.R. 4-5(c) | Sept. 25, 2015 | December 23, 2015 |
| Parties to file Amended, Final Joint Claim Construction Statement, including only the remaining disputed terms, phrases, and clauses | Sept. 29, 2015 | December 30, 2015 |
| Technology Tutorial | Oct. 8, 2015 10:00 a.m. | ~~January 11, 2016~~ January 21, 2015 at 10:00 a.m. |
| Claim Construction Hearing | Oct. 15, 2015 10:00 a.m. | ~~January 25, 2016 at 1:30pm~~ January 28, 2016 at 10:00 a.m. |
| Mediation deadline | 60 days after issuance of the Markman Order | [No change] |

**IT IS SO STIPULATED**

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: May 20, 2015 | COLT / SINGER / BEA LLP |
| 3 | | By: /s/ *Benjamin L. Singer* |
| 4 | | Benjamin L. Singer |
| 5 | | |
| 6 | Date: May 20, 2015 | KAYE SCHOLER LLP |
| 7 | | |
| 8 | | By: /s/ *Michael J. Malecek* |
| 9 | | Michael J. Malecek |

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatories indicated in this e-filed document.

Date: May 20, 2015                                         /s/ *Michael J. Malecek*

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3   Dated: May 21, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE