1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9 KLAUSTECH, INC.,
10       Plaintiff,               No. C 10-05899 JSW
11   v.
12 ADMOB, INC.,              **ORDER VACATING HEARING ON MOTION FOR JUDGMENT**
13       Defendant.            **ON THE PLEADINGS**
14 _____/
15      Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion for judgment on the
16 pleadings which has been noticed for hearing on Friday, August 7, 2015 at 9:00 a.m., is
17 appropriate for decision without oral argument.  Accordingly, the hearing date is hereby
18 VACATED.  The motion will be taken under submission and decided on the papers.
19      **IT IS SO ORDERED.**
20 Dated:   July 27, 2015
21                        _____
                           JEFFREY S. WHITE
                           UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

United States District Court
For the Northern District of California