IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUSTECH, INC., | |
| Plaintiff, | No. C 10-05899 JSW |
| v. | |
| ADMOB, INC., | **ORDER SETTING CASE MANAGEMENT DATES** |
| Defendant. | |

The Court has received the parties' joint case management statement and adopts the following stipulated dates:

Mediation deadline shall be September 30, 2016.

Close of fact discovery shall be December 16, 2016.

Opening expert reports shall be due February 17, 2017.

Rebuttal expert reports shall be due March 31, 2017.

Close of expert discovery shall be May 12, 2017.

Deadline for filing disposition motions shall be June 9, 2017. The presumption remains that each side is entitled to only one motion for summary judgment motion in the absence of a showing of good cause. (Civil Standing Order ¶ 9.)

To the extent the parties wish to file cross-motions for summary judgment on the same issue, the parties must meet and confer and agree to a briefing schedule whereby one parties files an opening summary judgment motion by June 9, 2017; the other party shall file its opposition and cross-motion by June 23, 2017; the reply and opposition to the cross-motion

shall be due by July 7, 2017; and the reply in support of the cross-motion shall be due by July 14, 2017.

The last day to hear dispositive motions shall be August 4, 2017 at 9:00 a.m.

The Court shall set the pretrial conference, jury selection, and trial commencement date in its order resolving the motion or cross-motions for summary judgment.

**IT IS SO ORDERED.**

Dated:  June 28, 2016

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE