Benjamin L. Singer (State Bar. No. 264295)
bsinger@singerbea.com
Katie K. Erno (State Bar No. 264748)
kerno@singerbea.com
Evan N. Budaj (State Bar No. 271213)
ebudaj@singerbea.com
SINGER / BEA LLP
601 Montgomery Street, Suite 1950
San Francisco, CA  94111
Telephone:     (415) 500-6080
Facsimile:     (415) 500-6080

Eric P. Berger, (*Pro Hac Vice*)
eric.berger@mishcon.com
MISHCON DE REYA NEW YORK LLP
Two Park Avenue, 20th Floor
New York, New York  10016
Telephone: 212.612.3270
Facsimile: 212.612.3297

Attorneys For Plaintiff
KLAUSTECH, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KLAUSTECH, INC.,<br><br>             Plaintiff,<br><br>             v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No. 10-CV-05899-JSW<br><br>**DECLARATION OF BENJAMIN L. SINGER IN SUPPORT OF SINGER / BEA LLP'S AND MISHCON DE REYA NEW YORK LLP'S MOTION TO WITHDRAW AS COUNSEL TO KLAUSTECH, INC. AND KLAUSTECH'S MOTION TO SHORTEN TIME**<br><br>Date:     February 17, 2017<br>Time:    9:00 a.m.<br>Place:    Courtroom 5, Second Floor<br>Judge:    Honorable Jeffrey S. White |

I, Benjamin L. Singer, declare:

1. I am an attorney duly licensed to practice law in the State of California. I am a partner and co-founder of the law firm of Singer / Bea LLP ("Singer / Bea"), presently counsel of record for Plaintiff KlausTech, Inc. ("KlausTech") in the above-captioned matter. I submit this declaration in support of Singer / Bea's Motion to Withdraw as Counsel to Klaustech. The facts contained herein are based on my own personal knowledge following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. KlausTech hired Singer/Bea and Mishcon to represent it in this action. KlausTech, on the one hand, and Singer/Bea and Mishcon, on the other hand, have mutually agreed that it does not make sense for Singer/Bea and Mishcon to continue representing KlausTech in this matter.

3. Klaustech has knowingly and freely assented to Singer / Bea's withdrawal as Klaustech's counsel in the above-captioned litigation.

4. Singer / Bea has notified Klaustech that it will continue to accept service of papers on Klaustech's behalf in the above-captioned litigation for forwarding purposes, until Klaustech appears by new counsel. Klaustech has acknowledged and agreed to this condition of Singer / Bea's withdrawal.

5. Pursuant to Civil Local Rule 11-5(a), Singer/Bea and Mishcon have provided reasonable advance written notice to KlausTech and all other parties who have appeared in the case. In meeting and conferring with Google regarding this motion, Google indicated that it will take a position on withdrawal and stay after having the opportunity to review the motion, but do not oppose the Court's expedited consideration of this motion. Google has indicated to me by email that, if possible, it will file its response to the motion to withdraw on Monday, November 28.

6. KlausTech's motion to expedite hearing of the motion to withdraw, if granted, would have no effect on the schedule for this case.

7. Singer/Bea, Mishcon, and KlausTech do not bring this motion for delay or any other improper purpose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2016 at San Francisco, California.

                                       */s/ Benjamin L. Singer*_____
                                       Benjamin L. Singer