IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUSTECH, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>GOOGLE LLC,<br><br>              Defendant.<br>_____/ | No. C 10-05899 JSW<br><br>**ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE AND ADOPTING REPORT AND RECOMMENDATION GRANTING DEFENDANT'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF SCOTT NETTLES, PH.D** |

Now before the Court for consideration is the Report and Recommendation ("Report") issued by Magistrate Judge Donna M. Ryu in which she recommends that the Court grant Defendant Google's motion to strike portions of the expert report of Scott Nettles, Ph.D. (Motion, Dkt. No. 267; Report, Dkt. No. 315.) The Court has reviewed the motion for relief from non-dispositive order filed by Plaintiff. (Motion, Dkt. No. 318.)

Having reviewed Plaintiff's objections and its motion for relief as well as the Report and the record before the Court, the undersigned finds the analysis in the Report thorough and well-reasoned, and ADOPTS it in every respect. Accordingly, and for the reasons set forth in the Report, the Court HEREBY GRANTS Google's motion to strike portions of the expert report of Scott Nettles, Ph.D.

**IT IS SO ORDERED.**

Dated: October 31, 2018



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE